UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEVEN HIRSCH,

                              Plaintiff,

         v.

FORUM DAILY INC.,

                              Defendant.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

18-CV-6531 (LDH) (SJB)

---

LaSHANN DeARCY HALL, United States District Judge:

On February 9, 2021, Magistrate Judge Sanket J. Bulsara issued a Report and Recommendation recommending that this Court grant Plaintiff's second motion for default judgment, in part, and award Plaintiff $1,500 in statutory damages for violations of the Copyright Act; $5,000 in statutory damages for violations of the DMCA; $1,750 in attorney's fees; $440 in costs; and post-judgment interest in an amount to be calculated by the Clerk of Court pursuant to 28 U.S.C. § 1961(a). The parties were given until February 23, 2021, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Bulsara's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded a total of $8,690, plus post-judgment interest accruing at the statutory rate.

2

|  |  |
|---|---|
|  | SO ORDERED: |
| Dated: Brooklyn, New York | /s/ LDH |
| March 26, 2020 | LaSHANN DeARCY HALL |
|  | United States District Judge |